UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACE AMERICAN FIRE & MARINE INSURANCE COMPANY KOREA<br><br>Plaintiff,<br><br>v.<br><br>NEXEN CORPORATION AMERICA INC., COREANA EXPRESS (SEATTLE) INC., and AFAR LOGISTICS,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiff ACE American Fire & Marine Insurance Company Korea ("Plaintiff"), by its undersigned attorneys, for its complaint against Defendants Nexen Corporation America, Inc. ("Nexen"), Coreana Express (Seattle) Inc. ("Coreana"), and Afar Logistics, LLC ("Afar") (collectively, "Defendants") hereby alleges:

## INTRODUCTION

1. This is an action to recover losses arising from the damage to 36 Steel Wind Tower Flanges ("Cargo") that occurred during transportation from

Complaint
Case No.

1

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

the port of Tacoma, Washington to Belen, New Mexico ("Incident") in or about April 2024.

2. Defendants were transportation services providers of the Cargo at the time of the Incident.

3. Plaintiff insured the Cargo and paid its insured, the Cargo owner Taesang Co. Ltd. ("Taesang"), $196,562.30 under the applicable insurance policy, and Plaintiff thereby became subrogated to pursue this action to the extent of that payment.

4. Plaintiff seeks to recover from Defendants for the losses Plaintiff sustained as a result of the Incident.

## PARTIES

5. Plaintiff ACE American Fire & Marine Insurance Company Korea is a corporation and insurance provider with its principal address located in Seoul, Korea. Plaintiff insured Taesang, the owner of the Cargo at the time of the Incident. Plaintiff paid Taesang its losses in connection with the Cargo damage and thereby became subrogated to pursue this action against Defendants, the parties responsible for Incident.

6. Defendant Nexen Corporation America, Inc. is a logistics and transportation services provider, and interstate motor carrier registered with the U.S. Department of Transportation (MC-1687790) with its principal address located in Buena Park, California.

7. Defendant Coreana Express (Seattle) Inc. is a logistics and transportation services provider, freight forwarder, and non-vessel operating common carrier (FMC #023990) with its principal address located in Kent, Washington.

Complaint  
Case No.

2

CLYDE & CO US LLP  
600 Stewart Street, Suite 400  
Seattle, WA 98101  
Tel: (415) 365-9866 / Fax: (415) 365-9801

8. Afar Logistics, LLC is a logistics and transportation services provider, container freight station operator, freight broker, and federal motor carrier registered with the U.S. Department of Transportation (MC-633043) with its principal address located in Tacoma, Washington.

## JURISDICTION AND VENUE

9. This matter involves cargo damaged during the interstate motor carrier transportation of goods and thereby arises under a statute of the United States, namely, the Carmack Amendment, 49 U.S.C. § 14706 *et. seq*.

10. With respect to the state law claims, the Court should exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as they arise from the same case or controversy over which the Court has original jurisdiction.

11. This Court also has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. § 1332 because Plaintiff is citizen of a foreign state (Korea), and Defendants are citizens of states in the United States (Washington and California), and the amount in controversy exceeds $75,000.

12. Venue is proper under 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

13. In or about March 2024, non-party Taesang engaged non-party Inex Co. Ltd. Plaintiff to transport the Cargo from Busan, Korea to Belen, New Mexico.

14. The Cargo arrived at the port of Tacoma, Washington in three (3) shipments, on April 10, 2024, April 19, 2024, and April 24, 2024.

15. Inex Co. Ltd. engaged Defendant Nexen to transport the Cargo from the port of Tacoma to its destination in Belen, New Mexico.

/ / /

/ / /

Complaint
Case No.

3

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

16. Defendant Nexen subcontracted all or a portion of the transportation from the port of Tacoma to Belen, New Mexico to Defendant Coreana and Defendant Afar.

17. Coreana subcontracted all or a portion of the transportation from the port of Tacoma to Belen, New Mexico to Defendant Afar.

18. Afar subcontracted all or a portion of the transportation from the port of Tacoma to Belen, New Mexico to Defendant Afar.

19. Sometime after the Cargo was discharged at the port of Tacoma, Washington, it was transported from the port of Washington to Afar's container freight station in Tacoma, Washington, where it was devanned and loaded onto trucks for inland transport.

20. Thereafter, the Cargo was carried via motor carriage to its intended destination of Belen, New Mexico.

21. Upon arrival in Belen, New Mexico, it was discovered the Cargo had suffered severe damages amounting to not less than $196,562.30.

22. The Cargo owner, Taesang Co. Ltd. ("Taesang"), presented a claim to its cargo insurer, Plaintiff, who paid Taesang $196,562.30 to resolve the claim.

23. Plaintiff thereby became subrogated to the loss to the extent of that payment.

24. Plaintiff therefore has been damaged in the sum of not less than $196,562.30, to be proven as a sum certain at trial, no part of which has been paid, despite due demands therefor.

25. Plaintiff seeks to recover the full extent of its damages from the responsible parties, Defendants, plus interests and costs.

/ / /

Complaint
Case No.

4

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

## FIRST CAUSE OF ACTION

**Carmack 49 U.S.C. § 14706,** *et seq.* **Against All Defendants**

26. Plaintiff realleges paragraphs 1-25 as if set forth at length herein.

27. The Carmack Amendment 49 U.S.C. § 14706 *et. seq.* ("Carmack") applies to this dispute because it involves the interstate shipment of goods by motor carriers for hire.

28. Defendants are and were at all relevant times engaged in the interstate motor carrier transportation of the Cargo.

29. Defendants breached their respective obligations as motor carriers by failing to deliver the Cargo in the same good order and condition as when received by them.

30. Plaintiff sustained damages of not less than $196,562.30 as a result of Defendants' failures to discharge their obligations under Carmack.

## SECOND CAUSE OF ACTION

**Negligent Hiring Against All Defendants**

31. Plaintiff realleges paragraphs 1-30 as if set forth at length herein.

32. Defendants were at all relevant times, and are, transportation services providers who hired and/or subcontracted all or a portion of the transportation of the Cargo to other transportation services providers.

33. As such, Defendants owed the duty to take reasonable precautions when selecting transportation services providers to transport, move, handle, transload, load, and/or unload the Cargo.

34. Defendants breached their respective duties to reasonably select qualified, prudent, safe and cautious transportation services providers to transport, move, handle, transload, load, and/or unload the Cargo.

35. Defendants' negligence caused the Cargo to sustain damages.

Complaint
Case No.

5

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

36. As a result of Defendants' negligent hiring and/or subcontracting, Plaintiff sustained damages of not less than $196,562.30.

### THIRD CAUSE OF ACTION

### Negligence of Motor Carrier Against All Defendants

37. Plaintiff realleges paragraphs 1-36 as if set forth at length herein.

38. To the extent Carmack does not apply to any part of the transportation and/or handling of the Cargo, or the involvement of any one or more of the Defendants, Plaintiff pleads application of state law negligence.

39. Defendants, as motor carriers, owed the duty to take reasonable precautions to transport and handle the Cargo.

40. Defendants breached their respective duties to take reasonable precautions to transport and handle the Cargo.

41. Defendants' negligence resulted in damages to the Cargo.

42. Plaintiff sustained damages of not less than $196,562.30 as a result of Defendants' negligence.

### FOURTH CAUSE OF ACTION

### Negligence Against Defendant Afar

43. Plaintiff realleges paragraphs 1-42 as if set forth at length herein.

44. Defendant Afar, as container freight station operator, owed a duty to take reasonable precautions in its moving, devanning, hauling, securing, and loading the Cargo onto the motor vehicles that transported the Cargo to its intended destination.

45. Defendant Afar breached its duty to take reasonable precautions in its moving, devanning, hauling, securing, and loading the Cargo onto the motor vehicles that transported the Cargo to its intended destination.

/ / /

Complaint
Case No.

6

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax: (415) 365-9801

46. Defendant Afar's negligence in moving, devanning, hauling, securing, and loading the Cargo caused damage to the Cargo.

47. As direct and proximate result of Defendant Afar's negligence in moving, devanning, hauling, securing, and loading the Cargo, Plaintiff sustained damages of not less than $196,562.30.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. Judgment in favor of Plaintiff and against Defendants, according to proof at trial, not less than $196,562.30;

2. An award of pre-judgment and post-judgment interest, in addition to costs of suit; and

3. Such other and further relief as the Court deems just and proper.

Dated:  April 9, 2025

                                              */s/ Dallas Whiteley*

                                              Dallas Whiteley, WSBA #55650
Clyde & Co US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone:  (415) 365-9800
Email: dallas.whiteley@clydeco.us

Thomas M. Fedeli (*pro hac vice* application to be filed)
Clyde & Co US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone:  (213) 358-7674
Email: thomas.fedeli@clydeco.us

*Attorneys for Plaintiff ACE American Fire & Marine Insurance Company Korea*

Complaint
Case No.

7

CLYDE & CO US LLP
600 Stewart Street, Suite 400
Seattle, WA 98101
Tel: (415) 365-9866 / Fax:  (415) 365-9801