THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ACE AMERICAN FIRE & MARINE
INSRUANCE COMPANY OF KOREA,

Plaintiff,

v.

NEXEN CORPORATION AMERICA INC.,
COREANA EXPRESS (SEATTLE) INC.,
and AFAR LOGISTICS,
                Defendant.

_____

AFAR LOGISTICS LLC,

Cross-Claimant,

v.

NEXEN COPORATION AMERICA, INC.,
and COREANA EXPRESS (SEATTLE)
INC.,

Cross-Defendants

_____

AFAR LOGISTICS LLC,

Third-Party Plaintiff

v.

PRO STAR LOGISTIC INC., ROAD
WIZARDS INC., MIDWEST TRANS LLC,
SPEICHER TRUCKING, INC., LLA
EXPRESS, INC., AL-HAQQ LOGISTICS

No. 2:25-cv-00640-JNW

ORDER GRANTING MOTION FOR
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – Page 1
(Case No. 2:25-cv-00640-JNW)

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4908-1725-3254, v. 3

LLC, TRANSJET CARGO LLC., and BLUE HOUSE, INC.

Third-Party Defendants

AND RELATED CROSS-CLAIMS

Before the Court, without oral argument, is Justin Mishkin and Yaamini Sharma of Integrity Law Group, PLLC's Motion for Leave to Withdraw Appearance and Substitution of Counsel, Dkt. 50. Pursuant to Local Rule 83.2(b)(1), counsel seeks an order permitting him and Yaamini Sharma to withdraw as co-counsel of record for Defendant Blue House, Inc., and permitting Markus B.G. Oberg of Le Gros Buchanan & Paul, P.S firm to substitute as new counsel of record in this matter. Because this substitution results in the termination of one law office and the appearance of a new law office leave of the Court is required. LCR 83.2(b)(1). Having reviewed the pleadings filed in connection with this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Justin Mishkin and Yaamini Sharma of Integrity Law Group, PLLC's Motion for Leave to Withdraw Appearance and Substitution of Counsel, Dkt. 50, is GRANTED.

2.     The Clerk's Office is directed to TERMINATE Justin Mishkin and Yaamini Sharma of Integrity Law Group, PLLC as co-counsel for Defendant Blue House, Inc., and to SUBSTITUTE Markus B.G. Oberg of Le Gros Buchanan & Paul, P.S as new counsel for Defendant Blue House, Inc., effective January 8, 2026, the date the motion was filed. The Clerk's Office is directed to list counsel information as follows:

ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – Page 2
(Case No. 2:25-cv-00640-JNW)

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

4908-1725-3254, v. 3

Markus Oberg, WSBA #34914
LeGros Buchanan & Paul, P.S.
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        moberg@legros.com

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 18th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – Page 3
(Case No. 2:25-cv-00640-JNW)

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

4908-1725-3254, v. 3