The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ACE AMERICAN FIRE & MARINE INSURANCE COMPANY KOREA,<br><br>Plaintiff,<br>v.<br>NEXEN CORPORATION AMERICA INC., COREANA EXPRESS (SEATTLE) INC., and AFAR LOGISTICS LLC,<br><br>Defendants. | Civil Action No. 2:25-cv-00640-JNW<br><br>JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR: September 25, 2026 |
| AFAR LOGISTICS LLC,<br><br>Cross-Claimant,<br>v.<br>NEXEN CORPORATION AMERICA INC., and COREANA EXPRESS (SEATTLE) INC.,<br><br>Cross-Defendants. | |
| AFAR LOGISTICS LLC,<br><br>Third-Party Plaintiff,<br>v.<br>PRO STAR LOGISTIC INC., ROAD WIZARDS INC., MIDWEST TRANS LLC, SPEICHER TRUCKING, INC., LLA EXPRESS, INC., AL-HAQQ LOGISTICS LLC., and BLUE HOUSE, INC.,<br><br>Third-Party Defendants. | |
| AND RELATED CROSS-CLAIMS, | |



COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

**STIPULATED MOTION**

Plaintiff ACE American Fire & Marine Insurance Company Korea ("Plaintiff"), Defendants Nexen Corporation America Inc. ("Nexen"), Coreana Express (Seattle) Inc. ("Coreana"), Afar Logistics LLC ("Afar"), and Third-Party Defendants Pro Star Logistic Inc. ("Pro Star"), Blue House, Inc. ("Blue House"), and LLA Express, Inc. ("LLA Express") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to this motion to continue certain deadlines. Good cause exists for the requested continuance for the following reasons:

1. Plaintiff filed its Complaint on April 9, 2025 against Nexen, Coreana, and Afar. (Dkt. # 1). The Court's initial scheduling deadlines were subsequently reset to accommodate the addition of new parties. (Dkt. ## 5, 10, 15, 38, 51).

2. Between August and October 2025, the original Defendants answered Plaintiff's Complaint and asserted/answered cross-claims against one another. (Dkt. ## 13, 18-19, 21, 23-25, 29, 33).

3. On September 26, 2025, Afar filed a Third-Party Complaint, adding multiple Third-Party Defendants: Pro Star, Road Wizards Inc. ("Road Wizards"), Midwest Trans LLC ("Midwest"), Speicher Trucking, Inc. ("Speicher"), LLA Express, Al-Haqq Logistics LLC ("Al-Haqq"), and Blue House. (Dkt. # 27).

4. Third-Party Defendants Blue House and LLA Express have answered. Blue House initially filed its answer in December 2025 (dkt. # 47), but after substitution of counsel (dkt. # 53), received leave of court (dkt. ## 55, 58) to file an amended answer to Afar's Third-Party Complaint on May 11, 2026 (dkt. # 59 ). LLA Express filed its Answer to Afar's Third-Party Complaint on August 14, 2026 (dkt. # 63).

5. On August 3, 2026, the Court entered its Order establishing the present case schedule, including a jury trial date of May 24, 2027 and the associated pre-trial deadlines. (Dkt. # 62).



COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

6. Discovery in this matter has been extensive. Plaintiff, Defendants, and the responsive Third-Party Defendants have served initial disclosures and produced documents bearing Bates ranges including PLAINTIFF0001-0208, NEXEN000001-000246, CESI00001-00653, AFAR000584-000681, Pro Star 000001-000072, and BH_0001-0166, collectively comprising well over one thousand pages of records.

7. Written discovery responses have been served on a rolling basis, including by Blue House (served June 29, 2026, and amended July 24, 2026), Coreana (July 9, 2026), Nexen (July 27, 2026), Pro Star (July 31, 2026), and LLA Express (August 14, 2026), with several responding parties expressly reserving the right to supplement responses and productions as discovery continues. Additionally, certain parties have sought, and received, approval for additional time to respond to written discovery in order to facilitate responsive productions.

8. A substantial portion of the discovery production is in a foreign language requiring translation.

9. The Parties intend to pursue private mediation following the completion of responsive discovery. The requested continuance will provide additional time to explore resolution and potentially conserve judicial resources. The Parties agree that continuing the trial and pre-trial deadlines will not result in prejudice.

10. This is the Parties' first request for a continuance of trial date.

11. Accordingly, the Parties stipulate and respectfully move the Court to enter an order extending the deadlines in this action as follows:

| Event | Current Deadline | New Deadline[1] |
|---|---|---|
| JURY TRIAL begins | May 24, 2027 | **December 1, 2027** |
| Deadline for joining additional parties | October 2, 2026 | April 2, 2027 |
| Deadline for filing amended pleadings | October 26, 2026 | April 26, 2027 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | October 26, 2026 | April 26, 2027 |

[1] Or as soon thereafter as the Court's calendar permits.



COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

| Event | Current Deadline | New Deadline[1] |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | November 25, 2026 | May 25, 2027 |
| Discovery completed by | December 28, 2026 | June 28, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | January 25, 2027 | July 26, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | March 25, 2027 | September 27, 2027 |
| All motions in limine must be filed by (*see* LCR 7(d)) | April 14, 2027 | October 14, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | May 3, 2027 | November 3, 2027 |
| Agreed pretrial order due | May 3, 2027 | November 3, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | May 10, 2027 | November 10, 2027 |
| Pretrial conference | May 17, 2027 | November 17, 2027 |

Respectfully submitted this 25th day of September, 2026.

COLLIER WALSH NAKAZAWA LLP

s/ Zachary Farley

Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorneys for Defendant/Cross-Claimant/Cross-Defendant/Third-Party Plaintiff Afar Logistics LLC

CLYDE & CO US LLP

s/ Reagan Roy (via email authorization)

Reagan P. Roy, WSBA #61542
reagan.roy@clydeco.com
600 Stewart Street, Suite 400
Seattle, WA 98101
Phone (206) 652-3271

Attorneys for Plaintiff ACE American Insurance Company Korea

NICOLL BLACK ALTENBRUN & FEIG PLLC

s/ Jeremy Jones (via email authorization)
Jeremy B. Jones, WSBA #44138
jjones@nicollblack.com
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Phone (206) 838 7555

Attorneys for Defendant/Cross-Claimant/Cross-Defendant Coreana Express (Seattle) Inc.

HWS LAW GROUP

s/ Kelsey Shewbert (via email authorization)
Kelsey L. Shewbert, WSBA #51214
kshewbert@hwslawgroup.com
1500 Fourth Avenue, Suite 200
Seattle, WA 98101
Phone (206) 262-1200

Attorneys for Defendant/Cross-Claimant/Cross-Defendant Nexen Corporation America, Inc.

MERRICK, HOFSTEDT & LINDSEY, P.S.

s/ Tamara Nelson (via email authorization)
Tamara K. Nelson, WSBA #27679
tnelson@mhlseattle.com
3101 Western Avenue, Suite 200
Seattle, WA 98121
Phone (206) 682-0610

Attorneys for Third-Party Defendant LLA Express, Inc.

LE GROS BUCHANAN & PAUL

s/ Markus Oberg (via email authorization)
Markus B. G. Oberg, WSBA #34914
moberg@legros.com
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone (206) 623-4990

Attorneys for Third-Party Defendant Blue House, Inc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

s/ Daniel Park (via email authorization)
Dirk J. Muse, WSBA #28911
dirk.muse@wilsonelser.com
Daniel J. Park, WSBA #43748
daniel.park@wilsonelser.com
Chuqiao Wang, WSBA #57196
chuqiao.wang@wilsonelser.com
520 Pike Street, Suite 2350
Seattle, WA 98101
Phone (206) 709-5900

Attorneys for Third-Party Defendant Pro Star Logistic Inc.

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of October, 2026.

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

COLLIER WALSH NAKAZAWA LLP

s/ Zachary Farley
Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorneys for Defendant/Cross-Claimant/Cross-Defendant/Third-Party Plaintiff Afar Logistics LLC

CLYDE & CO US LLP

s/ Reagan Roy (via email authorization)
Reagan P. Roy, WSBA #61542
reagan.roy@clydeco.com
600 Stewart Street, Suite 400
Seattle, WA 98101
Phone (206) 652-3271

Attorneys for Plaintiff ACE American Insurance Company Korea

NICOLL BLACK ALTENBRUN &
FEIG PLLC

s/ Jeremy Jones (via email authorization)

Jeremy B. Jones, WSBA #44138
jjones@nicollblack.com
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Phone (206) 838 7555

Attorneys for Defendant/Cross-Claimant/Cross-Defendant Coreana Express (Seattle) Inc.

HWS LAW GROUP

s/ Kelsey Shewbert (via email authorization)

Kelsey L. Shewbert, WSBA #51214
kshewbert@hwslawgroup.com
1500 Fourth Avenue, Suite 200
Seattle, WA 98101
Phone (206) 262-1200

Attorneys for Defendant/Cross-Claimant/Cross-Defendant Nexen Corporation America, Inc.

MERRICK, HOFSTEDT & LINDSEY,
P.S.

s/ Tamara Nelson (via email authorization)

Tamara K. Nelson, WSBA #27679
tnelson@mhlseattle.com
3101 Western Avenue, Suite 200
Seattle, WA 98121
Phone (206) 682-0610

Attorneys for Third-Party Defendant LLA Express, Inc.

LE GROS BUCHANAN & PAUL

s/ Markus Oberg (via email authorization)

Markus B. G. Oberg, WSBA #34914
moberg@legros.com
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone (206) 623-4990

Attorneys for Third-Party Defendant Blue House, Inc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

s/ Daniel Park (via email authorization)

Dirk J. Muse, WSBA #28911
dirk.muse@wilsonelser.com
Daniel J. Park, WSBA #43748
daniel.park@wilsonelser.com
Chuqiao Wang, WSBA #57196
chuqiao.wang@wilsonelser.com
520 Pike Street, Suite 2350
Seattle, WA 98101
Phone (206) 709-5900

Attorneys for Third-Party Defendant Pro Star Logistic Inc.